FINDINGS OF FACT
 1. The deceased, Franklin Dale Perritte was an eligible lawenforcement officer with the Division of Motor Vehicles onFebruary 14, 1995.
 2. The deceased came to his death as a result of a motorvehicle accident which occurred while in the course and scope ofhis official duties and while in the discharge of his officialduties as a law enforcement officer (DMV Officer).
 3. He was survived by his wife, Mrs. Rita Gail LongPerritte.
 * * * * * * * * * * * *
 Based upon the foregoing findings of fact, the FullCommission make the following:
 CONCLUSIONS OF LAW
 1. The deceased, Franklin Dale Perritte, was an eligible lawenforcement officer, as defined in N.C. Gen. Stat. Section 143-166.2(d)at the time of his death on February 14, 1995.
 2. The deceased was killed in the line of duty, as definedby N.C. Gen. Stat. Section 143-166.2(c).
 3. The deceased is survived by his wife, Mrs. Rita GailLong Perritte, who meets the definition of spouse contained inN.C. Gen. Stat. Section 143-166.2(e).
 4. The State of North Carolina is obligated to pay the wifethe sums called for in N.C. Gen. Stat. Section 143-166.3.
 AWARD
 There is hereby awarded to Mrs. Rita Gail Long Perritte thesum of $10,000.00, said payment to be made from funds appropriatedto the State Treasurer for that purpose. Hereafter, Mrs. RitaGail Long Perritte shall be paid the sum of $5,000.00 annuallyuntil the total sum, including the initial payment, reaches$25,000.00, provided she remains unmarried during said time.
 A copy of this Award shall be furnished the Office of theState Treasurer for the purpose of having compliance with thisAward, and the Commission shall be advised of the date or dates ofpayments pursuant hereto.
 No costs are assessed before the Commission.
 This the _________ day of _______________________, 1995.
 S/ ______________________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ _________________________J. RANDOLPH WARDCOMMISSIONER
S/ _________________________JAMES J. BOOKERCOMMISSIONER
JHB/nwm 04/10/95